IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00457-GEB |
| Plaintiff, | |
| v. | <u>ORDER DENYING MOTION TO SUSPEND RESTITUTION</u> |
| CARRIE MARIE CHAVES, | |
| Defendant. | |

Defendant's motion to suspend restitution filed on November 16, 2012, (ECF No. 76) is denied.

Dated: January 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge